IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| Mary Doe, et al | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:22cv2657 JTF/tmp |
| | ) | |
| Dominic Frizzell | ) | |
| | ) | |
|    Defendant. | ) | |

_____

CLERK'S ENTRY OF DEFALUT
_____

In conformity with Rule 55, Federal Rules of Civil Procedure, the defendant, Dominic Frizzell , is hereby declared to be in default to the plaintiff, Mary Doe, having failed to timely respond to the Amended Complaint filed in the United States District Court, Western District, Western Division on October 7, 2022. Defendant, Dominic Frizzell having been served with a summons and complaint on October 17, 2022 via certified mail, then personally serve the Summons and Amended Complaint on November 30, 2022 and no answer or notice of appearance having been filed as of the date of this default. For good cause shown, the court may set aside this request for entry of default, pursuant to Rule 55(c).

Entered this  12 day of  April , 2022.

Wendy R. Oliver
Clerk of Court

By: s/ Judy Easley
 Deputy Clerk