IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
IN THE WESTERN DIVISION

| | |
|---|---|
| MARY DOE as next friend of JOHN DOE 1, JOHN DOE 2, and JOHN and JANE DOES 1-100, <br><br> Plaintiffs, <br><br> v. <br><br> VARSITY BRANDS, LLC, VARSITY SPIRIT, LLC, VARSITY BRANDS HOLDING COMPANY, INC., U.S. ALL STAR FEDERATION, INC., d/b/a U.S. ALL STAR FEDERATION, USA FEDERATION FOR SPORT CHEERING d/b/a USA CHEER, CHARLESBANK CAPITAL PARTNERS, LP, BAIN CAPITAL, LP, JEFF WEBB, individually, GYM & STUDIO OPS, LLC d/b/a PREMIER ATHLETICS, SUSAN TRAYLOR, and DOMINICK FRIZZELL, <br><br> Defendants. | Case No.: 2:22-cv-02657-JTF-tmp |

## ORDER STAYING PROCEEDINGS

Before the Court is the Parties' Joint Proposed Scheduling Order, filed on August 24, 2023. (ECF No. 140.) The Court has yet to rule on Defendants' 8 Motions to Dismiss. (ECF No. 79, 80, 82, 83, 86, 87, 89, 93.) Because these rulings are likely to significantly alter both the scope of discovery and overall posture of the case, the Court finds it appropriate to **STAY** the proceedings until it has addressed the pending Motions.

**IT IS SO ORDERED** this 28th day of August, 2023.

s/John T. Fowlkes, Jr.,
**JOHN T. FOWLKES, JR.**
**UNITED STATES DISTRICT JUDGE**