IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
IN THE WESTERN DIVISION

| | |
|---|---|
| **MARY DOE as next friend of JOHN DOE 1, JOHN DOE 2, and JOHN and JANE DOES 1-100,** | ) ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) ) |
| **VARSITY BRANDS, LLC, VARSITY SPIRIT, LLC, VARSITY BRANDS HOLDING COMPANY, INC., U.S. ALL STAR FEDERATION, INC., d/b/a U.S. ALL STAR FEDERATION, USA FEDERATION FOR SPORT CHEERING d/b/a USA CHEER, CHARLESBANK CAPITAL PARTNERS, LP, BAIN CAPITAL, LP, JEFF WEBB, individually, GYM & STUDIO OPS, LLC d/b/a PREMIER ATHLETICS, SUSAN TRAYLOR, and DOMINICK FRIZZELL,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| **Defendants.** | ) ) |

Case No.: 2:22-cv-02657-JTF-tmp

## ORDER ESTABLISHING QUALIFIED SETTLEMENT FUND

Before the Court is the parties' Unopposed Motion for Approval of Qualified Settlement Fund, filed on July 17, 2024. (ECF No. 149.) Plaintiffs' Counsel moves the Court for entry of this Order to aid in the efficient processing and administration of a Confidential Settlement Agreement ("Settlement Agreement") between Plaintiffs and Defendant U.S All-Star Federation ("USASF").

The Motion seeks an Order (1) establishing the Does Qualified Settlement Fund ("QSF") as a qualified settlement fund within the meaning of Section 468B of the Internal Revenue Code

of 1986, as amended ("Code") and Treasury Regulations Sections 1.468B-1, et seq. ("Regulations"); (2) retaining jurisdiction and supervision over the QSF; and (3) appointing Terry D. Turner, Jr. of the Law Firm of Gentle Turner & Benson, LLC, as the "administrator" of the QSF ("QSF Administrator") within the meaning of Section 1.468B-2(k)(3) of the Regulations.

Having reviewed the Motion and underlying settlement agreement via *in camera* review the Court:

1. **GRANTS** the parties' Unopposed Motion for Approval of Qualified Settlement Fund;
    a. The QSF constitutes a qualified settlement fund within the meaning of Section 468B of the Internal Revenue Code of 1986, as amended, and Treasury Regulation Sections 1.468B-1, et seq.
2. **RETAINS** jurisdiction and supervision over the QSF; and
3. **APPOINTS** Terry D. Turner, Jr. as the "administrator" of the QSF within the meaning of Section 1.468B-2(k)(3) of the Regulations.

**IT IS SO ORDERED,** this 13th day of August, 2024.

s/John T. Fowlkes, Jr.,  
JOHN T. FOWLKES, JR.  
UNITED STATES DISTRICT JUDGE